**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THE CINCINNATI INSURANCE COMPANY,   )

   )

     Plaintiff,   )

   )

     v.   )     Case No. 1:25-cv-01503

   )

NICOLAS SALDANA, ELIZABETH   )

SALDANA, USSO TRANSPORTATION LLC,   )

and AYUB ABDULLE,   )

   )

     Defendants.   )

## JOINT STIPULATION OF DISMISSAL

Per Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by

counsel, hereby stipulate to the dismissal, with prejudice, of all claims asserted in this action, with each

party to bear their own costs, expenses, and legal fees.

/s/ Brian N. Custy

Brian N. Custy (IN 26329-64)

**CUSTY LAW FIRM, LLC**

4004 Campbell Street, Suite 4

Valparaiso, Indiana 46385

Phone: (219) 286-7361

bcusty@custylaw.com

*An Attorney for Nicolas and Elizabeth Saldana*

/s/Michael T. Clarke

Michael T. Clarke

**CASSIDAY SCHADE LLP**

222 W. Adams Street, Suite 2900

Chicago, IL 60606

Phone: (312) 641-3100

mclarke@cassiday.com

*An Attorney for USSO Transportation and Ayub Abdulle*

/s/Dennis M. Dolan

Dennis M. Dolan

**LITCHFIELD CAVO**

303 W. Madison Street

Chicago, IL 60606

Phone: (312) 781-6641

dolan@litchfieldcavo.com

*An Attorney for The Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

By: /s/Brian N. Custy
BRIAN N. CUSTY

CUSTY LAW FIRM, LLC
4004 Campbell Street, Suite 4
Valparaiso, IN 46385
Telephone:     219-286-7361
Facsimile:     317-458-2001
bcusty@custylaw.com