**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Cincinnati Insurance Company, The

                Plaintiff,

v.                                         Case No.: 1:25−cv−01503

                                         Honorable Mary M. Rowland

Nicholas Saldana, et al.

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, March 9, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' stipulation of dismissal [49]. Pursuant to Rule 41(a)(1)(A)(ii), this action id dismissed with prejudice with each party to bear its own costs. Civil case terminated. Mailed notice. (jg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.